ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Election of Directors of the Consonant Realty Co., Inc.— Motion denied, with ten dollars costs. The appeal may be brought on for argument on April 2, 1931, if so desired. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Frances Bauso v. Joseph Bauso.— Motion granted in so far as to stay issuance of execution for costs awarded in judgment, pending the determination by this court of the appeal therefrom, and in all other respects denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Frank Rich v. City Insurance Company of Pennsylvania and Others.— Motion denied, with ten dollars costs. No stay is necessary. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Hy-Mark Manufacturing Company v. New York State Fire Insurance Company.— Motion granted provided that application for leave to appeal to this court shall be made on April 2, 1931. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of Mortimer Elliott for a Mandamus Order against Joseph F. Mulqueen, One of the Judges of the Court of General Sessions for the County of New York.— Motion denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Macross Holding Corporation v. Alexander J. Siller.— Motion granted. Settle order on notice. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Margaret Luerssen v. Hotel Park-Central, Inc.— Motion granted upon condition that the appeal from order is prosecuted diligently. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Benjamin Mindlin v. Saunders Norvell, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Benjamin Mindlin v. The Druggists Circular, Inc., and Another, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title to Houghton Avenue. In the Matter of the Application of The City of New York, Relative to Acquiring Title to Olmstead Avenue.— Motion denied with leave to renew if the appeal be not promptly prosecuted after determination of the motion to resettle. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Abraham H. Miller v. Enals Realty Co., Inc.— Application denied. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Henry L. Baugher v. Stanley K. Oldden.— Application denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Jule L. Janover, an Attorney.— Reference ordered to Hon. John M. Tierney, official referee. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

Pincus Cohen v. Normandie National Securities Corporation, Impleaded, etc.— Motion granted, upon condition that the appeal be argued or submitted